UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 4: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TERRY OTTOWAY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | No. 99-1286   Bre-P |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants ) | |

### AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005.  This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

**APPROVED FOR ENTRY:**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 1:99-CV-01286 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT