UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

FILED BY _S_ D.C.
05 JUL -8 AM 9:31
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

| | |
|---|---|
| **TERRY OTTOWAY,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | |
| **CORRECTIONS CORPORATION OF AMERICA, et al.,** | **CASE NO: 1:99-1286-B** |
| **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 5, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 6, 2005
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_C. [signature]_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __07-11-05__

(87)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 1:99-CV-01286 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable J. Breen
US DISTRICT COURT